September 26, 2008

Mr. David J. Sacks
Sacks Law Firm
55 Waugh Drive, Suite 101
Houston, TX 77007
Mr. Richard N. Countiss
Countiss Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051

RE: Case Number: 07-0472
 Court of Appeals Number: 01-01-00200-CV
 Trial Court Number: 722,791

Style: DAVID J. SACKS, P.C. D/B/A SACKS & ASSOCIATES
 v.
 CHARLES MCINTYRE HADEN, JR., INDIVIDUALLY, AND CHARLES MCINTYRE
 HADEN, JR. & COMPANY D/B/A HADEN & COMPANY

Dear Counsel:

 Today the Supreme Court of Texas granted the Motion for Rehearing and
delivered the enclosed per curiam opinion and judgment in the above-
referenced cause. The Court's opinion and judgment of July 11, 2008 are
withdrawn and the opinion and judgment of this date are substituted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Beverly Kaufman |
| |Ms. M. Karinne |
| |McCullough |